**FILED**
NOV 07 2008    11-7-08
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:93CR05090-002 |
| Plaintiffs, ) | |
| ) | ORDER OF RELEASE |
| vs. ) | |
| ) | |
| VICTOR ANTHONY SIMAS ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on a violation petition on November 7, 2008, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: November 7, 2008

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. District Judge

9/26/96 exonbnd.frm

1